NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANNA CONTORELLI, | ) | No. C 07-4522 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| SHELIA A. CLARK, Warden, | ) | |
| Respondents. | ) | |

The Court has dismissed the instant action as duplicative. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/14/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.Jf\HC.07\Contorelli522jud.wpd

1  A copy of this ruling was mailed to the following:

2

3  Dianna Contorelli
   41218-179
   Federal Prison Camp
4  5675 8th Street-Camp Parks
   Dublin, CA 94568
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
G:\PRO-SE\SJ.Jf\HC.07\Contorelli522jud.wpd